AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:96-CR-00273-01 GTE |
| GINA LEE PATTON ) | USM No: #20967-009 |
| ) | Jenniffer Horan |
| Date of Previous Judgment: 11/25/1997 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 11/25/1997 months **is reduced to** "TIME SERVED" .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 34           Amended Offense Level: 32
Criminal History Category: II         Criminal History Category: II
Previous Guideline Range: 168 to 210 months    Amended Guideline Range: 135 to 168 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 11/25/1997 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/13/2008                        /s/ Garnett Thomas Eisele
                                                                Judge's signature

Effective Date: ASAP, but not later than 3-26-08         G. Thomas Eisele, Sr. District Judge
(if different from order date)                                   Printed name and title